ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7369
    FAX: (415) 436-7234
    Ravi.Narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NELSON CASTANEDA, <br><br> Defendant. | No. 18-CR-493-SI <br><br> [~~PROPOSED~~] ORDER OF DETENTION |

    The parties appeared before the Court on October 23, 2018, October 26, 2018, and November 9, 2018, for detention hearings. At each hearing, defendant was present and represented by Assistant Federal Defender Elizabeth M. Falk. The government was represented at each hearing by Assistant United States Attorney Ravi T. Narayan. The government moved for detention, arguing that no condition or combination of conditions of release would reasonably assure the appearance of the defendant or the safety of the community. At the hearing on November 9, 2018, the Court ordered the defendant detained.

    In support of its motion for detention, the government proffered information about the nature and circumstances of the offense, including: that on September 22, 2018, San Francisco Police Department

officers conducted a pat down of defendant after receiving a citizen report regarding a firearm; that officers recovered a knife, metal knuckles, heroin, cocaine, and car keys in defendant's pockets; that in a nearby car, which responded to the unlock button on the car keys in defendant's pocket, officers found a loaded pistol with an obliterated serial number; and that in defendant's bedroom, which was searched pursuant to a search warrant, officers found an assault rifle, a pistol, assorted ammunition, a high capacity magazine that fit the assault rifle, and drug distribution paraphernalia. Counsel for defendant noted that she had recently filed a motion to suppress the evidence relied on by the government, and that the motion had yet to be ruled on by the district court.

Prior to the first hearing, United States Pretrial issued a Pretrial Services Report, which set forth defendant's criminal history and ultimately recommended that defendant be detained. According to the report, defendant sustained three drug trafficking felonies in the late 1990s and early 2000s as well as a 2014 felony for assault with a deadly weapon. The report also set forth that defendant had many bench warrants issued for his arrest between 2000 and 2002. At the first hearing, the Court asked defense counsel to obtain additional information about the prior bench warrants, and the Court asked the government to obtain additional information about the 2014 assault with a deadly weapon conviction.

At the hearing on October 26, 2018, counsel for defendant proffered to the Court that a number of defendant's prior bench warrants resulted from defendant being unable to appear for hearings in one case while being in custody for another case. The government proffered that defendant's 2014 assault conviction resulted from him stabbing another man in the chest outside of a bar. A witness in that case reported seeing defendant chase down a victim, jump over his back, and stab him in the chest and head. Defense counsel noted that the defendant was also injured in the event, that the incident appeared to involve mutual combat, and that the case was pled down from attempted murder to assault with a deadly weapon.

Before the Court issued a final ruling on October 26, counsel for defendant asked that defendant be screened for admission to New Bridge. The Court ordered a screening and continued the hearing to November 9.

Prior to the hearing on November 9, United States Pretrial issued an addendum to the Pretrial Services Report, noting that defendant was deemed eligible for New Bridge but continuing to

recommend that defendant be detained. After hearing additional argument from counsel, the Court ordered defendant detained for the reasons proffered by the government. This included defendant's criminal history, the violence involved in defendant's 2014 conviction, and the firearms allegedly involved in the currently charged offense. For these reasons, as well as other reasons stated on the record, the Court concluded by clear and convincing evidence that the defendant posed a danger to the community.

Pursuant to its findings on the record at the hearing, and as summarized in this Order, the Court orders the defendant detained pending further proceedings in this matter. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: November 20 , 2018

HON. JOSEPH C. SPERO
Chief United States Magistrate Judge